No. 11–7418.  TAYLOR v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–7420.  TCHIBASSA v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 11–7422.  MCCRAY v. REDNOUR, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 11–7423.  MORADEL-RUIZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–7425.  OWENS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–7426.  PETTY v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–7427.  MOORE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 11–7428.  NGUYEN v. FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–7430.  JIMENEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–7432.  JONES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–7433.  MATHIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–7437.  CRUZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–7441.  JOHNSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

